OFFICE OF DISCIPLINARY COUNSEL *v.* BROWN.

[Cite as *Disciplinary Counsel v. Brown* (1998), 83 Ohio St.3d 311.]

(No. 98–756—Submitted June 10, 1998—Decided September 30, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.